RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FEB 17 2026

KEVIN P WEIMER, Clerk
By: Matthew H          Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Civil Division

|  |  |
|---|---|
| Steven Quinn Singleton | ) |
|  | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
| Aldridge Pite LLP (aka Valley Strong Credit Union) | ) |
|  | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. **1:26 -CV- 0935**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Steven Quinn Singleton |
| Street Address | 48 W 28th St |
| City and County | Merced, Merced |
| State and Zip Code | California 95340 |
| Telephone Number | (209) 489-0768 |
| E-mail Address | stevenqs@icloud.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                        Aldridge Pite LLP

    Job or Title *(if known)*

    Street Address            3525 Piedmont Rd NW, Building 6, Suite 700

    City and County          Atlanta, Fulton

    State and Zip Code      Georgia 30305

    Telephone Number

    E-mail Address *(if known)*    evstatus@aldridgepite.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

* Constitution of the United States: Fourteenth Amendments
* Title 18, U.S.C. Sections 241
* Title 18, U.S.C. Section 1349

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Steven Quinn Singleton , is a citizen of the State of *(name)* California .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* Aldridge Pite LLP , is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Aldridge Pite LLP requested that the Marshal for Fulton County enforce a writ of posession upon a real property that I own at 1265 Tuckawanna Dr SW, Atlanta, GA 30311. The firm knows or should know that enforcement of judgments shall not go forward while an appeallate process is in progress. The real property is valued at over $75,000.

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 09/30/2025, Aldridge Pite LLP, using the name Valley Strong Credit Union, filed case no. 25ED362253. The company asserted claim to a property it does not own. My attempts to submit an Answer and Counterclaim were subject to heavy computer systems attacks and manipulation; my filing was finally submitted on 10/17/2025. On 11/03/2025, I submitted a Petition for Review in case no. 25EV011219; the case is still with the judicial officer assigned to the matter. During the review process, a company was sent to the property to post an eviction notice and then the Marshal for Fulton Country was directed to improperly initiate and execute eviction proceedings.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* Emeregency injunctive relief to restore posession of the property valued at $309,400.
* Declaratory relief acknowledging the Defendants willfull disregard for Constitutional rights.
* Declaratory relief clarifying that Plaintiff owns the property and that his family is allowed on the premesis.
* Mandate to cease and decist abusive and deceptive business practices.
* Compensatory damages for removal from property, mortgage expense, and relocation expenses.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            2/11/2026

Signature of Plaintiff

Printed Name of Plaintiff     Steven Quinn Singleton

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As          Add Attachment          Reset

Steven Quinn Singleton
48 W 28th St
Merced, CA 95340

Filing By Mail
Attn Clerk of Court for
Richard B. Russell Federal Building
~~2H~~ 2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta Ga 30303-3309

FSC
MIX
Board
FSC® C116916

PAPER
POUCH
cycle.info

**PRESS FIRMLY TO SEAL**

POSTAGE REQUIRED

## UNITED STATES
## POSTAL SERVICE.

**Retail**

ed delivery date specif

tic shipments include S

Tracking® service inclu

l international insuranc

ised internationally, a c

does not cover certain items
Mail Manual at http://pe.usps.
national Mail Manual at http:

T RATE EN

TE ANY WEIGHT

CKED INS

S00001000014

**UNITED STATES POSTAL SERVICE.**

## US POSTAGE PAID
## $16.90

Origin: 95340
02/11/26
0548780340-80

**P**

### PRIORITY MAIL®

0 Lb 10.50 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 02/14/28

C039

SHIP
TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

**USPS SIGNATURE® TRACKING #**

9510 8162 1651 6042 7354 86

## UNITED STATES
## POSTAL SERVICE®

## PRIORITY® MAIL

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

FROM: Steven Quinn Singleton
48 W 28TH St
Merced, CA 95340

**CLEARED DATE**

**TO:** Richard B. Russell Federal Building
ATTN: Clerk of Court
United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

U.S. Marshals Service
Atlanta, GA 30303

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.